UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Deer River Development, Inc.
Craig Wilson and Lisa Wilson,

Plaintiffs,

vs.

ORDER OF DISMISSAL

Cincinnati Insurance Companies,

Defendant.

Civ. No. 02-282 (RHK/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Judge Richard H. Kyle
United States District Court

DATED: January 27, 2003
At St. Paul, Minnesota

JAN 28 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK