UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Deer River Development, Inc.,
Craig Wilson and Lisa Wilson,

Plaintiffs,

v.

Cincinnati Insurance Companies,

Defendant.

Court File No.02-282 (RHK/RLE)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that:

1. Plaintiffs' Deer River Development Inc., Craig Wilson and Lisa Wilson claims in the above-entitled action against Defendant Cincinnati Insurance Co., may be dismissed with prejudice and on the merits, but without further cost to the parties hereto.

2. That all parties hereby apply to the Court pursuant to this Stipulation for an Order directing entry of judgment of dismissal with prejudice herein.

TERHAAR, ARCHIBALD, PFEFFERLE & GRIEBEL, LLP

Dated: Jan. 29, 2003

[signature]

Doug R. Archibald, #138769
Tamar N. Gronvall, #307166
300 First Avenue North, Suite 220
Minneapolis, MN 55401
612/573-3006

Attorneys for Defendant Cincinnati Insurance Companies

FEB 07 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 07 2003
DEPUTY CLERK

Dated: Jan. 31, 2003

AGNEW, DRYER & STORAASLI,
KNUTSON & POMMERVILLE LTD.

Lisa D. Wilson # 231174
Mark L. Knutson # 57149
200 Sellwood Bldg.
202 W. Superior St.
Duluth, MN 55802-1960

Attorneys for Plaintiffs Deer River Development, Inc., Craig Wilson and Lisa Wilson

**ORDER FOR JUDGMENT**

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that the above Clerk of Court forthwith enter judgment dismissing any and all claims between Plaintiff Deer River Development Inc., Craig Wilson and Lisa Wilson and Defendant Cincinnati Insurance Co., in the above-captioned action with prejudice upon the merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED this 7th day of February, 2003.

BY THE COURT:

The Honorable Judge Kyle of Federal District Court